May 01, 2009

Ms. Sandra D. Hachem
Harris County Sr Asst Atty
2525 Murworth, Suite 300
Houston, TX 77054
Mr. Randal L. Payne
Sullins Johnston Rohrbach & Magers
3200 Southwest Freeway, Suite 2200
Houston, TX 77027

RE: Case Number: 05-0986
 Court of Appeals Number: 14-04-00263-CV
 Trial Court Number: 2003-02363

Style: HARRIS COUNTY HOSPITAL DISTRICT
 v.
 TOMBALL REGIONAL HOSPITAL

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Ed Wells |
| |Mr. Charles |
| |Bacarisse |